(b)     Inmates serving their third or more separate prison term and members of organized crime or large scale drug transporting and sales operations are designated career criminals. The parole calendar date in career criminal cases shall be set on a case-by-case basis at a date between one-third and one-half of the total term as determined by the Board upon the recommendation of a senior staff officer in the central office.

(c)     Other cases will be set in accordance with the guideline rating in Section III of the parole review worksheet and the scale for parole calendar dates. A copy of each document is included in Chapter 640-X-3 of this administrative code.

(4)     In multiple cases where more than one parole review worksheet is completed, the calendar date which occurs later in time is applied.

(5)     A parole review worksheet shall be completed in each case by the field parole officer immediately after he completes the investigation of a case. This worksheet is reviewed by a senior staff officer in the central office for consistency and appropriateness and for a final evaluation.

(6)     If an inmate has multiple convictions and one or more of the offenses occurred before May 19, 1980, and one or more of the offenses occurred on or after May 19, 1980, his parole calendar date will be determined by the guidelines. If he receives incentive good time credit, such credit will be applied if it results in an earlier parole calendar date.

(7)     Any credit on a sentence shall be considered in determining a parole calendar date if provided by law.

(8)     A parole calendar date may be changed by order of the Board. No calendar date will be scheduled prior to service of one-third of the term or ten years for total terms of ten years or more except by unanimous action of the board. When an inmate is denied parole, the Board will determine when his case is to be reset, but in no event shall it be reset for more than three years from the date of the denial.

(9)     Exceptions:

(a)     No parole calendar date is established on cases barred from parole.

(b)     Calendar dates on cases required by statute to serve a mandatory minimum term are set consistent with the provisions of the statute.