STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 8700
08-12-2005

*EXHIBIT  B*

TONY CURTIS BROACH
136351
FOUNTAIN CORRECTIONAL CEN
FOUNTAIN 3800
ATMORE  AL  36503

YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT
AN OPEN PUBLIC MEETING.  YOU WERE DENIED PAROLE AND RESET FOR
FURTHER CONSIDERATION DURING THE MONTH OF 08/2007.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES
IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE
ACCORDED.

YOURS VERY TRULY,

William C. Segrest

WILLIAM C. SEGREST
EXECUTIVE DIRECTOR

WCS/CAM

CC:  WARDEN
     CLASSIFICATION

