*USA- Alabama  April 29 2003*

EXHIBIT-C

# Feds asked to review paroles

**Rep. Alvin Holmes says records show the state's Pardons and Paroles Board discriminates against blacks**

By Mike Sherman
Montgomery Advertiser

Rep. Alvin Holmes, D-Montgomery, has asked U.S. Attorney General John Ashcroft to investigate what he calls a "pattern and practice of racial discrimination" against blacks seeking pardons.

At a Monday news conference, Holmes said Pardons and Paroles Board records for the period Feb. 1, 2000, to Jan. 31, 2003, show that 322 pardons, or 62 percent of those granted, went to whites and 198, or 38 percent, went to blacks.

Holmes said Alabama's prison population includes 17,800 blacks, 64 percent; and 10,198 whites or 34 percent.

He said the statistics indicate the Board of Pardons and Paroles discriminates against blacks. Holmes said Pardons and Paroles Board officials said they did not have statistics on how many applications for parole were filed during the period.

"If Mr. Ashcroft does not ask his civil rights unit to file suit against the Pardons and Paroles Board for discrimination, I will personally with my money file suit against them. But it shouldn't be necessary for us to use our funds to stop discrimination in the state of Alabama when the federal government has an obligation to do so," Holmes said.

Sidney Williams, chairman of the paroles board, denied Holmes' charge of discrimination.

"We feel he is in error because the board does not consider race when granting pardons," said Williams, who is black. The other two members of the board are white.

Montgomery resident Davis Robertson, who is a truck driver, said he feels the whole system should be investigated and redone. "Whether somebody is black or white should not make a difference," Robertson said.

Paroles Page 2A