IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CURTIS BROACH, #136351, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv228-WHA |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), filed on March 14, 2006, the court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's Motion for Class Certification is DENIED.

2. This case is referred back to Magistrate Judge Delores R. Boyd for appropriate proceedings.

DONE this 29th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE