**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_06cv228_
_po + cmg_

1. Article Addressed to:

Bob Riley
Governor
600 Dexter Ave
Mont. AL 36130

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cornell Long_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
CORNELL LONG  4/14/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_06cv228_
APR 14 2006

1. Article Addressed to:

Cynthia Dillard
Asst. Ex. Director
AL Bd of Pardons
P.O. Box 302405
Mont. AL 34130-2405

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0003 5811 1901

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cornell Long_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
CORNELL LONG  4/14/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 14 2006
_06cv228_

1. Article Addressed to:

William Segrest
Ex. Dir. of AL
Bd of Pardons + Paroles
P.O. Box 302405
Mont, AL 36130

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0003 5811 1895

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

SCANNED