**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Long* ☐ Agent ☐ Addressee

B. Received by (Printed Name): CORNELL LONG
C. Date of Delivery: 4/17/06

1. Article Addressed to:

Robert Longshore
Member, Bd of Pardons + Paroles
Attn: Bd of Pardons
P.O. Box 302405
Mont., AL 36130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 17 2006
2:06cv228

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3110

PS Form 3811, February 2004    Domestic Return Receipt    M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Long* ☐ Agent ☐ Addressee

B. Received by (Printed Name): CORNELL LONG
C. Date of Delivery: 4/17/06

1. Article Addressed to:

Sidney W.
Chairman
Bd of Pardons + Paroles
P.O. Box 302405
Mont, AL 36130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06cv228
APR 17 2006

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 1871

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Long* ☐ Agent ☐ Addressee

B. Received by (Printed Name): CORNELL LONG
C. Date of Delivery: 4/17/06

1. Article Addressed to:

Belinda Weatherly
Member
Bd of Pardons + Paroles
P.O. Box 302405
Mont., AL 36130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 17 2006
2:06cv228

3. Service Type
☐ Certified Mail ☒ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 1864

PS Form 3811, February 2004    Domestic Return Receipt    95-02-M-1540