**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eddie Cook
   Ass't Ex. Dir.
   AL Bd of Pardons
   P.O. Box 302405
   Mont., AL 36130

2. Article Number (Transfer from service label)

   7004 1160 0003 5811 1888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Cornell Long
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Cornell Long

C. Date of Delivery
   4/17/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   APR 17 2006

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes