IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY C. BROACH, #136351
    PLAINTIFF
V

BOB RILEY, et al.,
    DEFENDANTS

CIVIL ACTION NO. 2:06-CV-228-WHA

## Motion To Show Cause

COME PLAINTIFF, TONY C. BROACH AN SHOW GOOD CAUSE WHY HIS COMPLAINT SHOULD NOT BE DISMISSED STATES THE FOLLOWING:

1). PLAINTIFF HAS "NO" CONTROL OF HIS ACCOUNT AT G.K. FOUNTAIN.

2). PLAINTIFF FORWAD REQUEST TO BUSINESS OFFICE (MS. SPATES) CONCERNING THE WITHDRAWAL OF REMAINING FUNDS FOR INITIAL PARTIAL FILING FEE (EXHIBIT-A).

3). PLAINTIFF'S MOTION FOR EXTENSION OF TIME ALSO WAS A PART OF THE PAPER-WORK FORWARD ON MARCH 27, 06 (EXHIBIT B).

4). ADMINESTRATION FOUR (4) DAYS DELAY IN INFORMING PLAINTIFF THAT HE NEEDED PMOD WITHDRAWAL SLIP.

5) UPON RECEIVING INFORMATION PLAINTIFF IMMEDIATELY COMPLIED PLUS EXPLAINED THE SITUATION TO THE CAPTAIN, WHOM ASSURED PLAINTIFF THAT THIS MATTER WAS TAKEN CARE OF ON APRIL 3, 06.

THEREFORE, G.K. FOUNTAIN PERSONNEL IS LIABLE FOR THE FAILURE TO PAY THE INITIAL PARTIAL FILING FEE IN COMPLIANCE WITH THE ORDER ENTERED ON MARCH 14, 2006.

PLAINTIFF HUMBLY REQUEST THIS HONORABLE COURT TO CONSIDER THE ABOVE FACT IN RENDERING A JUDGMENT IN THE ABOVE CAUSE OF ACTION.

DONE THIS 14 TH DAY OF APRIL, 2006

RESPECTFULLY SUBMITTED,
*Tony Broach* #136351
TONY BROACH
136351   3-132
FOUNTAIN CORR. FAC. 3800
ATMORE, ALABAMA 36503