```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 FOUNTAIN CORRECTIONAL CENTER
APR. 07, 2006       INMATE WITHDRAWAL      TRANSACTION#: 2006002878

AIS NUMBER: 136351       BROACH, TONY CURTIS            BED: D3 132

CHECK NUMBER: 29677         REASON:   PARTIAL FILING FEE

   $59.88    PREVIOUS BALANCE

    $8.09    LESS WITHDRAWAL      PAID TO: US DIST. COURT

   $51.79    CURRENT BALANCE
```

RECEIVED 4-12-06

## INMATE REQUEST SLIP

Name **Tony Broach**  Quarters **3-132**  Date **3-27-06**

AIS # **136351**

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

DEAR MS. SPATES: I'M REQUESTING THAT $8.09 IS REMOVED FROM MY ACCOUNT, IN THE EVENT I HAVE NOT RECEIVED ANY OTHER FUNDS FORWARD THE $7.41 TO THE COURT OF MIDDLE DISTRICT CASE# 2:06-CV-228-WHA, ALSO ATTACH A COPY OF MY TRANSACTION FOR THE PAST 12 MONTH TO THIS AFFIDAVIT OF SUBSTANTIAL HARDSHIP. THE DEADLINE IS APRIL 3, 2006.

THANK YOU IN ADVANCE
Tony Broach

Do Not Write Below This Line - For Reply Only

MR. BROACH,
YOU WILL NEED TO FILL OUT A PMOD WITHDRAWAL SLIP, APPROVED BY THE CAPTAIN IN ORDER FOR THESE FUNDS TO BE REMOVED FROM YOUR ACCOUNT. MRS. SPATES

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden                ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public ( ) Record Office

CC  FILE
N176  INFORMATION RECEIVED ON 3-31-06