IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY C. BROACH
    PLAINTIFF
V.
BOB RILEY, et. al.,
    DEFENDANTS

CIVIL ACTION NO. 2:06-CV-228-WHA
[WO]

RECEIVED
2006 APR 19 A 9:30

## MOTION FOR EXTENSION OF TIME

COME PLAINTIFF IN THE ABOVE ACTION REQUEST AN EXTENSION OF TIME TO PROCURE THE INITIAL PARTIAL FILING FEE FOR THE FOLLOWING REASON:

1) PLAINTIFF IS UNABLE TO PROCURE THE INITIAL PARTIAL FILING FEE WITHIN THE ALLOWED TIME, PLAINTIFF IS WITHOUT ANY FUNDS. EXHIBIT-A.

2) PLAINTIFF WILL FORWARD THE SUM OF $0.68 AS SOON AS IT APPEAR IN PRISON ACCOUNT.

MARCH 27, 2006

RESPECTFULLY SUBMITTED,
Tony Broach #136351
TONY BROACH
FOUNTAIN CORR. FAC. 3800
ATMORE, AL. 36503