IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**TONY C. BROACH, #136351,**
   **Plaintiff,**

**v.**         **CASE NO. 2:06-CV--228-WHA**

**BOB RILEY, et al.,**
   **Defendants.**

## MOTION FOR ENLARGEMENT OF TIME

**COME NOW**, Defendants William C. Segrest, Cynthia Dillard, Eddie Cook, Sidney Williams, VeLinda Weatherly, and Robert Longshore, represented by the undersigned counsel, and shows the Court as follows:

1. Defendants request an enlargement of time of fourteen days (14) to adequately prepare its Answer.

1

2.  Said granting of additional time will not prejudice Plaintiff.

**WHEREFORE**, based on the foregoing, undersigned counsel requests an enlargement of time from its original due date of May 22, 2006 to **June 6, 2006.**

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL
    KIN 047

    GREGORY O. GRIFFIN, SR.
    CHIEF COUNSEL
    GRI026

    s/DANA L. PITTMAN
    ASSISTANT ATTORNEY GENERAL
    STATE BAR#:  ASB-7192-A57P
    ALA. BD. OF PARDONS & PAROLES
    P.O. BOX 302405
    MONTGOMERY, AL  36130
    TELEPHONE: (334)242-8700
    FAX: (334)353-4423
    Dana.Pittman@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 5-19-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**TONY BROACH**
**AIS# 136351**
**FOUNTAIN CF**
**3800 FOUNTAIN**
**ATMORE, AL  36503**

Done this 19th day of May, 2006.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov