STATE BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

ACTION BY THE BOARD

NAME BROACH TONY CURTIS    AIS# 136351         DOCKET 09/2002
                                              1/3   Up To
PAROLE IS THIS DAY ORDERED _____ BY:

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
    _____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
    _____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
    _____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
    _____ PRISON AUTHORITY REPORT IS SATISFACTORY.
    _____ UPON ACCEPTANCE BY (STATE OF) _____.
    _____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
           IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
           LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
           IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
    _____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
    _____ OTHER_____

MEMBER _____ DATE _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
    _____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
    _____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
    _____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
    _____ PRISON AUTHORITY REPORT IS SATISFACTORY.
    _____ UPON ACCEPTANCE BY (STATE OF) _____.
    _____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
           IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
           LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
           IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
    _____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
    _____ OTHER_____

MEMBER _____ DATE _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
    _____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
    _____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
    _____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
    _____ PRISON AUTHORITY REPORT IS SATISFACTORY.
    _____ UPON ACCEPTANCE BY (STATE OF) _____.
    _____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
           IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
           LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
           IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
    _____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
    _____ OTHER_____

MEMBER _____ DATE _____

SPECIAL CONDITIONS _____
_____

CONTINUED TO _____

PAROLE IS THIS DAY DENIED  8-11-05   BY:                RESET
DATE           MEMBER                                    8-27
8-11-05        James V. Williams                         8/27
8-11-05        Linda Weatherly                           8/27
8-11-05        John Tyler
REMARKS


EXHIBIT A

STATE BOARD OF PARDONS AND PAROLES
Montgomery, Alabama

Action By The Board

**NAME** TONY BROACH                              AIS#    136351    DOCKET 09/99
                                                                    1/3   up
PAROLE IS THIS DAY ORDERED _____ BY:

**My reasons for favoring parole of the prisoner are as follows:**
_____ Subject has served sufficient portion of sentence.
_____ Investigation has been made of subject.
_____ Subject's parole program is acceptable.
_____ Prison authority report is satisfactory.
_____ Upon acceptance by (state of) _____.
_____ I am of the opinion that there is a reasonable probability that if the prisoner is released, (he/she) will live and remain at liberty without violating the law, and that (his/her) release is not incompatible with the welfare of society.
_____ Interviewing Parole Officer recommends.
_____ Other_____

**MEMBER** _____ DATE _____

**My reasons for favoring parole of the prisoner are as follows:**
_____ Subject has served sufficient portion of sentence.
_____ Investigation has been made of subject.
_____ Subject's parole program is acceptable.
_____ Prison authority report is satisfactory.
_____ Upon acceptance by (state of) _____.
_____ I am of the opinion that there is a reasonable probability that if the prisoner is released, (he/she) will live and remain at liberty without violating the law, and that (his/her) release is not incompatible with the welfare of society.
_____ Interviewing Parole Officer recommends.
_____ Other _____

**MEMBER** _____ DATE _____

**My reasons for favoring parole of the prisoner are as follows:**
_____ Subject has served sufficient portion of sentence.
_____ Investigation has been made of subject.
_____ Subject's parole program is acceptable.
_____ Prison authority report is satisfactory.
_____ Upon acceptance by (state of)_____.
_____ I am of the opinion that there is a reasonable probability that if the prisoner is released, (he/she) will live and remain at liberty without violating the law, and that (his/her) release is not incompatible with the welfare of society.
_____ Interviewing Parole Officer recommends.
_____ Other _____

**MEMBER** _____ DATE _____

**SPECIAL CONDITIONS** _____
_____
_____
_____

**CONTINUED TO** _____
_____
_____

**PAROLE IS THIS DAY DENIED**  9-15-99    BY:
Date                  Member                             Reset
9-15-99             Gladys Riddle                        9-02

9-15-99             Johnnie John(?)                      9-02
**REMARKS**


EXHIBIT B