```
        IN THE UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF ALABAMA
                NORTHERN DIVISION
```

**TONY C. BROACH, #136351,**
       **Plaintiff,**

**v.**                  **CASE NO. 2:06-CV--228-WHA**

**BOB RILEY, et al.,**
       **Defendants.**

## MOTION TO FILE AFFIDAVIT

**COME NOW**, Defendants William C. Segrest, Cynthia Dillard, Eddie Cook, Sidney Williams, VeLinda A.J. Weatherly, and Robert Longshore, represented by the undersigned counsel, and shows the Court as follows:

1. Defendants request the filing of affidavit of Defendant Cynthia Dillard, **Exhibit 2** of the Special Report, filed on 5-23-06.

1

2. Defendant Dillard's affidavit was not available to be filed along with Defendants Special Report, filed on 5-23-06.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
KIN 047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
STATE BAR#: ASB-7192-A57P
ALA. BD. OF PARDONS & PAROLES
P.O. BOX 302405
MONTGOMERY, AL 36130
TELEPHONE: (334)242-8700
FAX: (334)353-4423
Dana.Pittman@paroles.alabama.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 5-24-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**TONY BROACH**
**AIS# 136351**
**FOUNTAIN CF**
**3800 FOUNTAIN**
**ATMORE, AL 36503**

Done this 24th day of May, 2006.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov