STATE OF ALABAMA )
MONTGOMERY COUNTY )

## AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **Cynthia Dillard,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Cynthia Dillard.** I am currently employed as one of the Assistant Executive Directors of the Alabama Board of Pardons and Paroles. In that capacity, among other duties, I Dillard assist the Executive Director in supervising the Board's officers and administrative staff in carrying out the Board's policies. I am over the Board's Administrative Operations Division.

I am not a member of the Board of Pardons and Paroles and have no decision-making authority in deciding which prisoners are granted or denied parole.

I have no decision-making authority in deciding when to reset a prisoner for further tentative parole consideration.

I deny violating any of Tony Broach's constitutional rights. Tony Broach never says what action I allegedly took to violate his constitutionally protected rights.

_____
CYNTHIA DILLARD
ASSISTANT EXECUTIVE DIRECTOR

SWORN TO AND SUBSCRIBED before me this 24th day of May ,2006.

_____
NOTARY PUBLIC
Commission Expires: 4-6-2010



EXHIBIT 2