IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY C. BROACH, #136351, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-228-WHA |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before June 9, 2006 defendant Riley shall show cause why he has failed to file a special report and answer in compliance with the order entered on April 12, 2006 (Court Doc. No. 7). The Clerk is hereby DIRECTED to provide a copy of this order and the April 12, 2006 order on defendant Riley and the Attorney General for the State of Alabama.

Done this 25th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE