STATE OF ALABAMA
ESCAMBIA COUNTY

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY FOR SAID COUNTY AND STATE, PERSONALLY APPEARED TONY BROACH #136351, WHO IS KNOWN TO ME, AND AFTER BEING DULY SWORN, DEPOSED AND SAID AS FOLLOWS:

MY NAME IS TONY BROACH. I AM CURRENTLY HOUSED AT G.K. FOUNTAIN CORRECTIONAL FACILITY, ATMORE, ALABAMA. I AM OVER THE AGE OF TWENTY-ONE (21).

THE ABOVE DEFENDANTS HAVE ACTED ARBITRARY, CAPRICIOUS, ABUSIVE, DISCRIMINATORY, OR IN A VINDICTIVE MANNER UNDER THE COLOR OF STATE LAW CONSIDERING PLAINTIFF'S PAROLE IN AUGUST OF 2005, WHICH HAS VIOLATED ESTABLISHED CONSTITUTIONAL RIGHTS. THE DEFENDANTS ALSO VIOLATED THE ALABAMA BOARD OF PARDONS AND PAROLES RULES, REGULATIONS AND PROCEDURES WHICH GOVERN PAROLE HEARINGS.

_Tony Broach_
PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME THIS 17 DAY OF JUNE 2006.

_[signature]_
NOTARY PUBLIC
COMMISSION EXPIRES 11-5-06