STATE OF ALABAMA        )
                        )
MONTGOMERY COUNTY       )

### AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **William C. Segrest,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **William C. Segrest.** I am currently employed as the Executive Director of the Alabama Board of Pardons and Paroles. In that capacity, among other duties, I am Custodian of the Records and supervise the Board's officers and administrative staff in carrying out the Board's policies.

The Board adopted its existing policies on 2-23-04. Please see the true and correct copy of the *Rules and Regulations* and Board Order adopting the Board's existing rules and regulations taken from the Board's website of http://www.pardons.state.al.us, labled Exhibit D of Defendant's Special Report.

Also, see the *Rules, Regulations and Procedures of the Alabama Board of Pardons and Paroles (Revised 2/10/86),* labeled Exhibit C of Defendant's Special Report.

I am not a member of the Board of Pardons and Paroles and do not have the decision-making authority in deciding which prisoners are granted or denied parole.

I have no decision-making authority in deciding when to reset a prisoner for further tentative parole consideration.

I deny violating any of Tony Broach's constitutional rights. Tony Broach never says what action I allegedly took to violate his constitutionally protected rights.

EXHIBIT 1

1

As Custodian of the Records, I certify that the following documents are true and correct copies taken from the parole file of **Tony Broach, AIS# 136351**:

| | |
|---|---|
| **Exhibit A** | Action by the Board, dated 8-11-05 |
| **Exhibit B** | Action by the Board, dated 9-15-99 |

_____
WILLIAM C. SEGREST
EXECUTIVE DIRECTOR


SWORN TO AND SUBSCRIBED before me this 22nd day of May 2006.
2006.

_____
NOTARY PUBLIC
Commission Expires: 4-6-2010

2