| | |
|---|---|
| STATE OF ALABAMA | ) |
| MONTGOMERY COUNTY | ) |

## AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **Eddie Cook,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Eddie Cook.** I am currently employed as one of the Assistant Executive Directors of the Alabama Board of Pardons and Paroles. In that capacity, among other duties, I assist the Executive Director in supervising the Board's officers and administrative staff in carrying out the Board's policies. I also supervise the Field Administrative Division (Field Services); the Board's Transition Centers: and the Interstate Compact Unit.

I am not a member of the Board of Pardons and Paroles and have no decision-making authority in deciding which prisoners are granted or denied parole.

I have no decision-making authority in deciding when to reset a prisoner for further tentative parole consideration.

I deny violating any of Tony Broach's constitutional rights. Tony Broach never says what action I allegedly took to violate his constitutionally protected rights.

_____
EDDIE COOK
ASSISTANT EXECUTIVE DIRECTOR

SWORN TO AND SUBSCRIBED before me this 22 day of May, 2006.

_____
NOTARY PUBLIC
Commission Expires: 6-17-06

**EXHIBIT 3**

1