STATE BOARD OF PARDONS AND PAROLES
Montgomery, Alabama

Action By The Board

**NAME** TONY BROACH         **AIS#** 136351    **DOCKET** 09/99
                                               1/3    UP
**PAROLE IS THIS DAY ORDERED** _____ **BY:** _____

My reasons for favoring parole of the prisoner are as follows:
_____ Subject has served sufficient portion of sentence.
_____ Investigation has been made of subject.
_____ Subject's parole program is acceptable.
_____ Prison authority report is satisfactory.
_____ Upon acceptance by (state of) _____.
_____ I am of the opinion that there is a reasonable probability that if the prisoner is released, (he/she) will live and remain at liberty without violating the law, and that (his/her) release is not incompatible with the welfare of society.
_____ Interviewing Parole Officer recommends.
_____ Other _____

**MEMBER** _____ **DATE** _____

My reasons for favoring parole of the prisoner are as follows:
_____ Subject has served sufficient portion of sentence.
_____ Investigation has been made of subject.
_____ Subject's parole program is acceptable.
_____ Prison authority report is satisfactory.
_____ Upon acceptance by (state of) _____.
_____ I am of the opinion that there is a reasonable probability that if the prisoner is released, (he/she) will live and remain at liberty without violating the law, and that (his/her) release is not incompatible with the welfare of society.
_____ Interviewing Parole Officer recommends.
_____ Other _____

**MEMBER** _____ **DATE** _____

My reasons for favoring parole of the prisoner are as follows:
_____ Subject has served sufficient portion of sentence.
_____ Investigation has been made of subject.
_____ Subject's parole program is acceptable.
_____ Prison authority report is satisfactory.
_____ Upon acceptance by (state of) _____.
_____ I am of the opinion that there is a reasonable probability that if the prisoner is released, (he/she) will live and remain at liberty without violating the law, and that (his/her) release is not incompatible with the welfare of society.
_____ Interviewing Parole Officer recommends.
_____ Other _____

**MEMBER** _____ **DATE** _____

**SPECIAL CONDITIONS** _____

**CONTINUED TO** _____

**PAROLE IS THIS DAY DENIED** 9-15-99   **BY:**
**Date** 9-15-99   **Member** Gladys Riddle       **Reset** 9-02

9-15-99            Johnnie Johnson                9-02
**REMARKS**



EXHIBIT A