Pardons and Paroles Board                    Chapter 640-X-1

ALABAMA BOARD OF PARDONS AND PAROLES
ADMINISTRATIVE CODE

CHAPTER 640-X-1
ORGANIZATION

TABLE OF CONTENTS

640-X-1-.01   Statutory Authority
640-X-1-.02   Departmental Administration
640-X-1-.03   Executive Seal

640-X-1-.01 **Statutory Authority.** The State Board of Pardons and Paroles, hereafter referred to as the "Board," exists and functions by authority of Code of Ala. 1975, §§ 15-22-1, et seq. The Board is composed of three members who are appointed by the Governor for terms of six years each. The public may obtain information and make submissions or requests at the central office of the Board at Gordon Persons Office Building, 50 Ripley Street, Montgomery, Alabama 36130.
Author:
Statutory Authority: Code of Ala. 1975, §§ 15-22-1, et seq.
History: Filed September 29, 1982.


640-X-1-.02 **Departmental Administration.** Authority and responsibility for organization and administration of the department, in accordance with the law and duly established policies of the board, is vested in the executive director.
Author:
Statutory Authority: Code of Ala. 1975, §§ 15-22-1, et seq.
History: Filed September 29, 1982.


640-X-1-.03 **Executive Seal.** All official orders of the Board granting paroles, pardons, and/or restorations of civil and political rights, remissions of fines and forfeitures, and conditional transfers of prisoners shall be certified by the executive director and sealed with a seal heretofore adopted and published. In the absence of the executive director, such certification shall be by his designee or by a member of the Board.
Author:
Statutory Authority: Code of Ala. 1975, §§ 15-22-1, et seq.
History: Filed September 29, 1982.

EXHIBIT C