STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

## AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **Sonya Simmons,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Sonya Simmons.** I am currently employed as the Manager of the Alabama Board of Pardons and Paroles Victim's Services Unit. In that capacity, among other duties, I manage/supervise the location of victims, the verification of addresses of the victims and notification of the victims of violent cases that are being considered for parole. I also supervise the setting of the cases on the docket for an open public meeting and the final review unit that ensures that the cases are ready for the Board's review.

From 2001 to present there has been a back log of cases that require victim notification. In the fall of 2004 the Victim's Services Unit was placed the supervision of Lee Moss who was the Manager at that time. At that time, I was a supervisor for the Docket Unit, where the backlog was approximately 2 ½ to 3 years. I became the Manager of the Victim's Services Unit in October 2005.

Having reviewed the file of Tony Broach, AIS# 136351A, his file is one of those back log cases. Tony Broach was given at Set Date of September 2002 at his last open public meeting. The September 2002 files were pulled in March 2005. His file was assigned to a locator on March 16, 2005. The case was worked as quickly as possible and was set for an open public meeting on August 11, 2005.

1

A parole file is not ready to present to the Board for a parole hearing until all of the required notices have been sent in accordance with Alabama law. The Final Review Unit discovered that there was an error made during the notification process which delayed his case for another month. This case was not treated any differently than others with a similar set date. At that time, it was not uncommon for a back log case to date back as far as the year 2001 or 2002. We no longer have any files that have a set date that predates 2005. The Victim's Services Unit has worked very hard to alleviate any backlog and only has approximately 100 cases that have not been set for an open public meeting that have 2005 set dates. We are currently working cases that have a set date of June 2006.

_____
**SONYA SIMMONS**

**SWORN TO AND SUBSCRIBED** before me this 19th day of July 2006.

_____
**NOTARY PUBLIC**
**Commission Expires:** 3/2/10

2