```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000323
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: TONY CURITS BROACH
 Case/Party: D-ALM-2-06-CV-000228-001
 Amount:         $10.00
------------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CENTER
 Check/Money Order Num: 31355
 Amt Tendered: $10.00
------------------------------------
Total Due:       $10.00
Total Tendered: $10.00
Change Amt:      $0.00
```

DALM206CV000228-W

TONY CURTIS BROACH