```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000594
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
--------------------------------------
PLRA CIVIL FILING FEE
 For: TONY CURTIS BROACH
 Case/Party: D-ALM-2-06-CV-000228-001
 Amount:         $10.00
--------------------------------------
CHECK
 Check/Money Order Num: 31467
 Amt Tendered:  $10.00
--------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```