```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001441
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
  For: TONY CURTIS BROACH
  Case/Party: D-ALM-2-06-CV-000228-001
  Amount:         $7.75
------------------------------------
CHECK
  Remitter: FOUNTAIN CORRECTIONAL CTR
  Check/Money Order Num: 31674
  Amt Tendered:  $7.75
------------------------------------
Total Due:      $7.75
Total Tendered: $7.75
Change Amt:     $0.00
```

DALM206CV000228-W

FOUNTAIN CORRECTIONAL CTR

FOR TONY CURTIS BROACH