IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_____, )
                                                                                     )
     Plaintiff, )
                                     )
v.                                                          ) CASE NO. _____
                                     )
_____, )
                                   )
     Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

     COMES NOW _____, a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                              <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____

_____        _____

_____                                         _____
  Date                                             (Signature)

                                                 _____
                                               (Counsel's Name)

                                               _____
                                               Counsel for (print names of all parties)

                                               _____

                                               Address, City, State Zip Code

                                               _____
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I,_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20\_\_, to:

_____

_____

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | Signature |