IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**TONY C. BROACH**

    **Plaintiff,**

**v.**

                                  **CASE NO. 2:06-CV-228-WHA**

**BOB RILEY, ET AL.**

    **Defendants.**

### CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Bob Riley*, a Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ Jeffery H. Long
Jeffery H. Long
ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 20th day of December, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Tony Broach, AIS 136351
Fountain Correctional Facility
3800 Fountain
Atmore, AL 36503

The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

Dana L. Pittman, Esq.

/s/ Jeffery H. Long
Jeffery H. Long
ASSISTANT ATTORNEY GENERAL