IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY CURTIS BROACH, #136351, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOB RILEY, et al., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:06cv228-WHA<br>(WO) |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, Tony Curtis Broach, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

DONE this 20th day of January, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE